**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARC STEPHENS AND TYRONE STEPHENS,<br><br>Plaintiffs,<br><br>v.<br><br>JUDGE WILLIAM J. MARTINI, JUDGE ANTHONY JOSEPH SCIRICA, JUDGE LUIS FELIPE RESTREPO, JUDGE DENNIS MICHAEL FISHER, GURBIR S. GREWAL, AND JOHN DOES,<br><br>Defendants. | HONORABLE KAREN M. WILLIAMS<br><br>Civil Action<br>No. 22-1971 (MCA-JBC)<br><br>**OPINION AND ORDER** |

WILLIAMS, United States District Judge:

THIS MATTER having come before the Court on Plaintiff's, Marc A. Stephens, Motion for Reconsideration of the Court's April 26, 2022 Order dismissing the claims against Judges Martini, Scirica, Restrepo, and Fisher; and

THE COURT NOTING that motions for reconsideration are governed by Local Civil Rule 7.1. The Rule provides that motions for reconsideration shall be served and filed within 14 days after the entry of the order or judgment on the original motion. L. Civ. R. 7.1 (i); and

THE COURT FINDING here, the Court entered its Order (ECF No. 6) dismissing the aforementioned Judges on April 26, 2022. Plaintiff's Motion for Reconsideration was filed on May 12, 2022, sixteen (16) days after the Court's Order.[1] As such, Defendant's Motion is untimely and, thus, it is denied.

For these reasons,

---

[1] The Court acknowledges that the date on the last page of the Motion reflects May 2, 2022. *See* ECF No. 8, p. 12. However, as reflected on the UPS envelope, the Clerk of the Court's office received Plaintiff's submission on May 12, 2022. *See* ECF No. 8-1.

IT IS this **7th** day of **December, 2022,** hereby

**ORDERED** that Plaintiff's Motion for Reconsideration is DENIED.

KAREN M. WILLIAMS
United States District Judge